# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.    CASE NO. 6:23-mj-06082-KGG-1-2

**JOMARION E. NELSON, and**
**DORNAYJAH D. ACON,**

    Defendants.

---

## CRIMINAL COMPLAINT

---

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE**
**[21 U.S.C. § 841(a)(1)]**

On or about April 7, 2023, in the District of Kansas, and elsewhere, the defendants,

**JOMARION E. NELWON, and**
**DORNAYJAH D. ACON,**

knowingly and intentionally possessed with intent to distribute 40 grams and more of a

mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

I further state that I am a Task Force Officer of the Federal Bureau of Investigation, and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein and offered in support of a finding that probable cause exists to believe the defendants, Jomarion E. Nelson and Dornayjah D. Acon, committed the offense set forth in this Complaint.

*[signature]* TFO/FBI
Shek G. Weber
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and subscribed by telephone this 10th day of April, 2023, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendants, Jomarion E. Nelson and Dornayjah D. Acon, committed the offense set forth in this Complaint.

_____          _____
Kenneth G. Gale                          Signature of Judicial Officer
United States Magistrate Judge

## PENALTIES

### Count 1 [841(b)(1)(B)]

- Punishable by a term of imprisonment of not less than five (5) years and no more than forty (40) years. 21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least four (4) years. 21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $5 million. 21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than ten (10) years and no more than life. 21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least eight (8) years. 21 U.S.C. § 841(b)(1)(B).

- A fine not to exceed $8 million. 21 U.S.C. § 841(b)(1)(B).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

# AFFIDAVIT

I, Shek G. Weber, of lawful age and being first duly sworn on oath, depose and state:

That the basis for my probable cause belief that JOMARION NELSON and DORNAYJAH ACON have committed a violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §2, that is, possession of a controlled substance with intent to distribute, is as follows: Your Affiant, Shek G. Weber has been employed with the Wichita Police Department (WPD) for twenty-five (25) years and is currently assigned as a detective with the Special Investigations Bureau undercover section and a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI).

1. On April 3rd, 2023, JOMARION NELSON was observed at Eisenhower National Airport (ICT) Wichita, Kansas, boarding an Allegiant flight with a destination to Phoenix, Mesa gateway airport. A white Chevy Malibu with an unknown license plate dropped off NELSON at ICT.
2. Through a long-term investigation into the distribution of fentanyl from Phoenix, Arizona to Wichita, Kansas Task Force Officer (TFO) Weber with the Federal Bureau of Investigation (FBI) learned that people from Wichita, Kansas involved with fentanyl distribution would fly to Phoenix then drive a vehicle with the fentanyl supply to Wichita.
3. A phone number associated with NELSON was located through a records search. The phone number was identified as (316) 821-0591(target device). On April 5th, 2023, a cellular phone ping search warrant was authorized by the Honorable Judge Kenneth G. Gale, United States Magistrate Judge for the District of Kansas. Cellular phone GPS data location was monitored for the target device showing a location in the Phoenix, Arizona area on April 5th, 2023, and April 6th, 2023.
4. On April 7th, 2023, at approximately 12:00 a.m. the cellular phone GPS location showed the target device leaving Phoenix. Cellular phone GPS was continually monitored showing the target device's movement consistent with traveling towards Wichita, Kansas.
5. On April 7th, 2023, law enforcement officers set up surveillance in Pratt, Kansas, awaiting the arrival of the target device and JOMARION NELSON. At approximately 5:30 p.m. a white Chevy Malibu with Kansas license plate 222RMH was observed traveling east on highway 54 into Pratt, Kansas.
6. The white Chevy Malibu was observed speeding in Sedgwick County, Kansas, and Detective D. Weidner with the Wichita Police Department conducted a traffic stop. The driver was identified as DORNAYJAH ACON and the front seat passenger was identified as JOMARION NELSON. Marijuana was observed in plain view of the Chevy and a subsequent search of the Chevy was conducted. Located in the trunk of the Chevy was a speaker box containing sixteen (16) packages of suspected counterfeit Percocet pills containing fentanyl. A black spray paint can was located next to the speaker box. The speaker box appeared freshly painted. The speaker box appeared to have new screws attaching the box together. Located in the back seat was a piece of luggage containing four (4) packages of suspected counterfeit Percocet pills containing fentanyl. The total approximate count of the fentanyl pills is estimated around one hundred thousand (100,000). ACON claimed ownership of the luggage in the backseat. A credit card in the

4

name of JOMARION NELSON was inside the luggage.
7. During a search of the Chevy, NELSON was placed in the back seat of Detective Weidner's patrol car and ACON was placed in the front seat. Video from inside the patrol car recorded conversation between NELSON and ACON. While ACON is observing the search of the Chevy trunk and speaker box, she asks NELSON if he tightened everything. NELSON tells ACON that he left the spray paint in the trunk. ACON and NELSON discuss a statement to give law enforcement that NELSON has a sister who put the speaker box in the trunk.
8. On April 7th, 2023, at approximately 10:17 p.m. a presumptive drug field test was conducted from a sample pill removed from one of the four (4) packages. A positive result for the presence of fentanyl was observed. At approximately 10:27 p.m. a presumptive drug field test was conducted from a sample pill removed from one of the sixteen (16) packages. A positive result for the presence of fentanyl was observed.
9. Although the seized pills have not yet been submitted for testing by a laboratory, your Affiant has reason to believe that the weight of the pills is in excess of 40 grams.
10. Affiant has probable cause to believe, based on his experience, training and facts of this investigation, that the pills found in the car with NELSON and ACON constitute a distribution quantity of a controlled substance, fentanyl, and were in the process of being transported for distribution.

Based on the foregoing, Affiant has probable cause to believe that NELSON and ACON possessed a quantity of suspected fentanyl pills, a controlled substance, for the purpose of distributing some or all of the pills in violation of 21 U.S.C. §841(a)(1) and 18 U.S.C. § 2.

Further Affiant saith not.

_(signature)_ TFO /FBI
Shek G. Weber
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to before me, telephonically, on this 10th day of April 2023.

_(signature)_
Kenneth G. Gale
United States Magistrate Judge

5